UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DENNIS WEBB, | Case No.: 4:24-cv-12895 |
| Plaintiff, | F. Kay Behm<br>United States District Judge |
| v. | |
| FELICIA WASHINGTON, *et al.*, | Curtis Ivy, Jr.<br>United States Magistrate Judge |
| Defendants.<br>______________________________/ | |

**ORDER ON MOTIONS (ECF Nos. 78, 80, 87, 89, 91)**

Pending before the Court are Plaintiff's *Motion to Compel* (ECF No. 78), *Motion for Sanctions* (ECF No. 80), *Motion to File Exhibits in the Traditional Manner* (ECF No. 87), *Motion for Deposition* (ECF No. 89), and *Motion for Contempt* (ECF No. 91).

On November 4, 2026, the Court held an informal discovery conference to address Plaintiff's various discovery motions. During the discovery conference, the Parties agreed to meet and confer to narrow the written discovery requests and to schedule the deposition of the last Defendant Officer who was unable to be deposed due to a scheduling conflict. On November 5, 2026, Defendants filed a response to notify the Court that the Parties conducted a meet and confer and agreed upon the outstanding requests that should be provided to Plaintiff and agreed upon a date to conduct the final deposition. (ECF No. 93). Based upon the

representations of the Parties during the informal discovery conference and in the recent filing, Plaintiff's discovery motions are now moot.

Plaintiff also moved to file his media exhibits in the traditional manner. (ECF No. 87). In his motion, it appears he seeks to provide the Court with a USB drive containing media exhibits in support of his *Response* in opposition to Defendants' *Motion for Summary Judgment*. (*Id.*). Plaintiff's motion is granted, and he shall submit his media exhibits on a USB drive consistent with the Court's Electronic Policies and Procedures R19(d).[1]

Accordingly, it is **ORDERED** that Plaintiff's *Motion to Compel* (ECF No. 78), *Motion for Sanctions* (ECF No. 80), *Motion for Deposition* (ECF No. 89), and *Motion for Contempt* (ECF No. 91) are **DENIED** as moot.

It is further **ORDERED** that Plaintiff's *Motion to File Exhibits in the Traditional Manner* (ECF No. 87) is hereby **GRANTED**, and the video exhibits must be submitted consistent with the Court's Electronic Policies and Procedures R19(d) **on or before November 30, 2026**.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal

[1] The Court's Electronic Policies and Procedures can be found at: https://www.mied.uscourts.gov/pdffiles/policies_procedures.pdf.

Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: November 6, 2026

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on the November 6, 2026, by electronic means and/or ordinary mail.

s/Sara Krause
Case Manager
(810) 341-7850